# United States District Court

**FOR THE**
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

---

UNITED STATES OF AMERICA,

CR 08 v. 0431

**PJH**

JEREMY CRUZ ESPERANTE

DEFENDANT(S).

---

## INDICTMENT

18 U.S.C. § 2252(a)(2) - Distribution of Child Pornography;
18 U.S.C. § 2252 (a)(2) - Receipt of Child Pornography;
18 U.S.C. § 2252(a)(2) - Possession of Child Pornography; and
18 U.S.C. § 2253(a)(1)-(3) - Sexual Exploitation of
Children Criminal Forfeiture

---

A true bill.

_____
Foreman

Filed in open court this ___1st___ day of

___July, 2008___

BRENDA TOLBERT
Maria Elena James, Clerk

Bail, $ _____

No Bail arrest Warrant

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

FILED
08 JUL -1 PM 1:17
RICHARD W. WIEKING
NORTHERN DISTRICT COURT
DISTRICT OF CALIFORNIA

---

**OFFENSE CHARGED**

18 U.S.C. § 2252(a)(2) -- Distribution of Child Pornography; 18 U.S.C. § 2252(a)(2) -- Receipt of Child Pornography; 18 U.S.C. § 2252(a)(4) -- Possession of Child Pornography; 18 U.S.C. § 2253(a)(1)-(3) -- Criminal Forfeiture

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:
See Attachment A

**DEFENDANT**
JEREMY CRUZ ESPERANTE

DISTRICT COURT NUMBER
CR 08 0431 PJH

---

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)
Immigration and Customs Enforcement

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM
Joseph P. Russoniello
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)
Tarek J. Helou

---

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

DATE OF ARREST ▶ _____  Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ _____  Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☑ WARRANT    Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

# ATTACHMENT A TO PENALTY SHEET
# UNITED STATES v. JEREMY CRUZ ESPERANTE

**Penalties:**

**Count One:** 18 U.S.C. § 2252(a)(2) (distribution of child pornography):

- Maximum prison term of 20 years (minimum prison term of five years);
- Maximum fine of $250,000;
- Maximum lifetime supervised release (minimum five years of supervised release); and
- Mandatory special assessment of $100.

**Count Two:** 18 U.S.C. § 2252(a)(2) (receipt of child pornography):

- Maximum prison term of 20 years (minimum prison term of five years);
- Maximum fine of $250,000;
- Maximum lifetime supervised release (minimum five years of supervised release); and
- Mandatory special assessment of $100.

**Count Three:** 18 U.S.C. § 2252(a)(4) (possession of child pornography):

- Maximum prison term of 10 years;
- Maximum fine of $250,000;
- Maximum lifetime supervised release (minimum five years of supervised release); and
- Mandatory special assessment of $100.

**Forfeiture:** 18 U.S.C. § 2253(a)(1)-(3):

- Forfeiture of items identified in the indictment.



1  JOSEPH P. RUSSONIELLO (CABN 44332)   **FILED**
   United States Attorney
2
                                    08 JUL -1 PM 1:18
3
                                    RICHARD W. WIEKING
4                                   CLERK, U.S. DISTRICT COURT
                                    NORTHERN DISTRICT OF CALIFORNIA
5

6

7

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10                          SAN FRANCISCO DIVISION

11                                          CR 08      0431

12  UNITED STATES OF AMERICA,      )  No.
                                   )
13         Plaintiff,               )  VIOLATIONS:                          **PJH**
                                   )
14      v.                          )  18 U.S.C. § 2252(a)(2) – Distribution of
                                   )  Child Pornography; 18 U.S.C. § 2252(a)(2)
15  JEREMY CRUZ ESPERANTE,          )  – Receipt of Child Pornography; 18 U.S.C. §
                                   )  2252(a)(4) – Possession of Child
16         Defendant.               )  Pornography; and 18 U.S.C. § 2253(a)(1)-
                                   )  (3) – Sexual Exploitation of Children
17                                 )  Criminal Forfeiture
                                   )
18  _____ )  SAN FRANCISCO VENUE

19

20                                INDICTMENT

21  The Grand Jury charges:

22  COUNT ONE:            18 U.S.C. § 2252(a)(2) – Distribution of Child Pornography

23      On or about February 5, 2008, in the Northern District of California, the defendant,

24                          JEREMY CRUZ ESPERANTE,

25  did knowingly reproduce at least one visual depiction for distribution in interstate and foreign

26  commerce, knowing that the production of such visual depiction involved a minor engaging in

27  sexually explicit conduct, and that such visual depiction was of such conduct, in violation of Title

28  18, United States Code, Section 2252(a)(2).


INDICTMENT                    /R

1  COUNT TWO:                18 U.S.C. § 2252(a)(2) – Receipt of Child Pornography

2       Beginning on a date no earlier than May 23, 2007 and continuing until a date no later than
3  February 5, 2008, in the Northern District of California, the defendant,

4                              JEREMY CRUZ ESPERANTE,

5  did knowingly receive at least one visual depiction that had been mailed, shipped, and transported
6  in interstate commerce by any means including by computer, knowing that the production of such
7  visual depiction involved a minor engaging in sexually explicit conduct, and that such visual
8  depiction was of such conduct, in violation of Title 18, United States Code, Section 2252(a)(2).

9  COUNT THREE:              18 U.S.C. § 2252(a)(4) – Possession of Child Pornography

10
        On or about February 5, 2008, in the Northern District of California, the defendant,
11

12                             JEREMY CRUZ ESPERANTE,

13 did knowingly possess one Toshiba laptop, serial number 27114399K, model number
14 A135-S4467, containing visual depictions that had been shipped and transported in interstate and
15 foreign commerce and that were produced using materials that had been shipped and transported
16 in interstate and foreign commerce, knowing that such Toshiba laptop contained visual depictions,
17 and knowing that the production of such visual depictions involved a minor engaging in sexually
18 explicit conduct, and that such visual depictions were of such conduct, in violation of Title 18,
19 United States Code, Section 2252(a)(4)(B).

20 FORFEITURE ALLEGATIONS:    18 U.S.C. § 2253(a)(1)-(3) – Sexual Exploitation of
                                        Children; Criminal Forfeiture
21

22       Upon conviction of an offense alleged in Count One, Count Two, or Count Three, the
23 defendant,

24                             JEREMY CRUZ ESPERANTE,

25 shall forfeit to the United States, under Title 18, United States Code, Section 2253(a)(1)-(3), all
26 visual depictions described in Title 18, United States Code Section 2252 and all property, real and
27 personal, used or intended to be used to commit or promote the commission of the offenses of
28 //

INDICTMENT                              2

1  conviction, including but not limited one Toshiba laptop, serial number 27114399K, model
2  number A135-S4467 that was seized from defendant on February 5, 2008.
3
4  DATED:                                            A TRUE BILL.
5
6                                                    /s/ Paul J. Taylor
                                                     FOREPERSON
7  JOSEPH P. RUSSONIELLO
   United States Attorney
8
9
10 /s/ Kyle F. Waldinger
   KYLE F. WALDINGER
   DEPUTY Chief, Major Crimes Section
11
12 (Approved as to form: _____/s/_____)
                         AUSA HELOU
13

INDICTMENT                              3