```
 1  JOSEPH P. RUSSONIELLO (CABN 44332)
    United States Attorney
 2
    BRIAN J. STRETCH (CABN 163973)
 3  Chief, Criminal Division

 4  TAREK J. HELOU (CABN 218225)
    Assistant United States Attorney
 5
    450 Golden Gate Avenue, 11th Floor
 6  San Francisco, California 94102
    Telephone: (415) 436-7200
 7  Fax: (415) 436-7234
    Tarek.J.Helou@usdoj.gov
 8
 9  Attorneys for Applicant
```

FILED
08 JUL -1 PM 1:18

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 08  0431 |
| Plaintiff, | UNITED STATES' MOTION TO SEAL INDICTMENT |
| v. | |
| JEREMY CRUZ ESPERANTE, | |
| Defendant. | |

The United States hereby moves the Court for an order sealing this Motion, the Indictment, Arrest Warrant, the Sealing Order, and all other related documents until further order of the Court. The government believes that disclosure of the existence of those documents may jeopardize this investigation.

DATED: July 1, 2008

Respectfully Submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

_____
TAREK J. HELOU
Assistant United States Attorney

MOT. SEAL AND [PROPOSED] ORDER

**ORDER**

Based upon the motion of the government and for good cause shown, IT IS HEREBY ORDERED that the government's Motion, the Indictment, Arrest Warrant and this Sealing Order shall be sealed until further order of the Court.

DATED: 7-1-08

HON. MARIA-ELENA JAMES
United States Magistrate Judge

MOT. SEAL AND [PROPOSED] ORDER    2