1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  TAREK J. HELOU (CABN 218225)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, 11th Floor
6      San Francisco, California 94102
       Telephone: (415) 436-7200
7      Fax: (415) 436-7234
       Tarek.J.Helou@usdoj.gov
8
9  Attorneys for Applicant

10                 UNITED STATES DISTRICT COURT
11                 NORTHERN DISTRICT OF CALIFORNIA
12                     SAN FRANCISCO DIVISION

13 UNITED STATES OF AMERICA,         )   No. CR 08-431 PJH
                                     )
14     Plaintiff,                    )
                                     )   UNITED STATES' MOTION TO AMEND
                                     )   ORDER SEALING INDICTMENT
15     v.                            )
                                     )
16 JEREMY CRUZ ESPERANTE,            )   █████████████
                                     )
17     Defendant.                    )
                                     )
18 ──────────────────────────────────

19     The United States hereby moves the Court for an order amending its July 1, 2008 order
20 sealing this Motion, the Indictment, Arrest Warrant, the Sealing Order, and all other related
21 documents until further order of the Court. The government requests that the Court amend that
22 Order so that, notwithstanding that Order, the government may share copies of the sealed
23 //
24 //
25 //
26 //
27 //
28 //

MOT. SEAL AND [PROPOSED] ORDER

3

1  documents with law enforcement agencies, including law enforcement agencies in other
2  countries, to apprehend the defendant.
3
4  DATED: July 11, 2008                             Respectfully Submitted,
5                                                   JOSEPH P. RUSSONIELLO
                                                    United States Attorney
6
7
8                                                   _____
                                                    TAREK J. HELOU
9                                                   Assistant United States Attorney
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MOT. SEAL AND [PROPOSED] ORDER     2

**ORDER**

Based upon the motion of the government and for good cause shown, IT IS HEREBY ORDERED that, notwithstanding the Court's July 1, 2008 Order sealing the government's Motion, the Indictment, Arrest Warrant and this Sealing Order, the government may share copies of the sealed documents with law enforcement agencies, including law enforcement agencies in other countries, to apprehend the defendant.

DATED: 7/11/08

HON. NANDOR J. VADAS
United States Magistrate Judge

MOT. SEAL AND [PROPOSED] ORDER     3