

**PROPOSED ORDER/COVER SHEET**

JUL 3 0 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| TO: | Honorable Maria Elena James<br>U.S. Magistrate Judge | RE: | Esperante, Jeremy |
| FROM: | Richard W. Wieking, Acting Chief<br>U.S. Pretrial Services Officer | DOCKET NO.: | CR08-0431 PJH |
| DATE: | July 30, 2008 | | |

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Richelle Bracamonte              415-436-7501
**PRETRIAL SERVICES OFFICER ASSISTANT**     **TELEPHONE NUMBER**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____   Presiding District Court Judge_____

☒ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

Modification(s)

A.

B.

☐ Bail Revoked/Bench Warrant Issued.

☒ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:

_____

_____

JUDICIAL OFFICER   MARIA-ELENA JAMES
UNITED STATES MAGISTRATE JUDGE    DATE  7-30-08

Cover Sheet (06/02/08)