JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

TAREK J. HELOU (CABN 218225)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California  94102
    Telephone:     (415) 436-7071
    Facsimile:     (415) 436-7234
    Tarek.J.Helou@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 08-431 PJH |
| Plaintiff, | [PROPOSED] ORDER MOVING BAIL REVIEW HEARING |
| v. | |
| JEREMY CRUZ ESPERANTE, | |
| Defendant. | |

    On August 4, 2008, the parties in this case appeared before the Court for the defendant's detention hearing.  The Court heard argument from both parties and continued the hearing until August 20, 2008.  On August 6, 2008, U.S. Pretrial Services submitted a memorandum to the Court, requesting a status conference, related to the defendant's bail hearing, on August 8, 2008.  Government counsel is not available on August 8, 2008 because he will be out of town.  Defense counsel informed government counsel, via email, that he also is unavailable on August 8, 2008.

1  Government counsel requests that the Court move the Bail Review Hearing from August 8,
2  2008, to August 20, 2008 at 1:30 p.m., or another date when the Court is available.
3
4  DATED: August 7, 2008               JOSEPH P. RUSSONIELLO
                                       United States Attorney
5
6
                                              /s/
7                                      TAREK J. HELOU
                                       Assistant United States Attorney
8
9
10  For the reasons stated above, the Court reschedules the Bail Review Hearing scheduled for
    August 8, 2008 to August 20, 2008 at 1:30 p.m.
11  SO ORDERED.
12
13
    DATED:_____               _____
14                                     THE HONORABLE BERNARD ZIMMERMAN
                                       United States Magistrate Judge
15

[Proposed] Order Moving Bail Review Hearing
CR 08-431 PJH                                                                              2