1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2

3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4

5  TAREK J. HELOU (CABN 218225)
   Assistant United States Attorney
6
      450 Golden Gate Avenue, Box 36055
7     San Francisco, California  94102
      Telephone:     (415) 436-7071
8     Facsimile:       (415) 436-7234
      Tarek.J.Helou@usdoj.gov
9

10 Attorneys for Plaintiff

11

12                    UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14                        SAN FRANCISCO DIVISION

15

16 UNITED STATES OF AMERICA,            )   CR No. 08-431 PJH
                                        )
17      Plaintiff,                       )   [PROPOSED] ORDER MOVING BAIL
                                        )   REVIEW HEARING
18   v.                                   )
                                        )
19 JEREMY CRUZ ESPERANTE,               )
                                        )
20                                      )
        Defendant.                       )
21 _____)

22

23     On August 4, 2008, the parties in this case appeared before the Court for the defendant's

24 detention hearing.  The Court heard argument from both parties and continued the hearing until

25 August 20, 2008.  On August 6, 2008, U.S. Pretrial Services submitted a memorandum to the

26 Court, requesting a status conference, related to the defendant's bail hearing, on August 8, 2008.

27 Government counsel is not available on August 8, 2008 because he will be out of town.  Defense

28 counsel informed government counsel, via email, that he also is unavailable on August 8, 2008.

1  Government counsel requests that the Court move the Bail Review Hearing from August 8,
2  2008, to August 20, 2008 at 1:30 p.m., or another date when the Court is available.
3
4  DATED: August 7, 2008                JOSEPH P. RUSSONIELLO
                                        United States Attorney
5
6
                                              /s/
7                                       TAREK J. HELOU
                                        Assistant United States Attorney
8
9
10   For the reasons stated above, the Court reschedules the Bail Review Hearing scheduled for
     August 8, 2008 to August 20, 2008 at 1:30 p.m.   Defense counsel's request to attend the evaluation
11                                                   session is DENIED.  Evaluation shall proceed.
     SO ORDERED.
12
13
     DATED:  August 8, 2008
14                                      THE HONORABLE BERNARD ZIMMERMAN
                                        United States Magistrate Judge
15



16
17
18
19
20
21
22
23
24
25
26
27
28

[Proposed] Order Moving Bail Review Hearing
CR 08-431 PJH                                                                               2