**PROPOSED ORDER/COVER SHEET**

FILED
AUG 0 6 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TO:     Honorable Bernard Zimmerman        RE:     Esperante, Jeremy
        U.S. Magistrate Judge

FROM:   Richard W. Wieking, Acting Chief    DOCKET NO.:    CR08-0431 PJH
        U.S. Pretrial Services Officer

DATE:   August 6, 2008

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

_____Richelle M. Bracamonte_____          _____415-436-7510_____
**U.S. PRETRIAL SERVICES OFFICER ASSISTANT**          **TELEPHONE NUMBER**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____G_____ on _Fri Aug 8_ at _9:30 am_.

Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

Modification(s)

A.

B.

Bail Revoked/Bench Warrant Issued.

I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

Other Instructions:

_____

_____

_____                    _6 Aug 08_____
**JUDICIAL OFFICER**                                      **DATE**

Cover Sheet (06/02/08)