UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** August 13, 2008                             **JUDGE:**  Phyllis J. Hamilton

**Case No:**  CR-08-431PJH

**Case Name:**   UNITED STATES   v.   JEREMY ESPERANTE (C)

**Attorney for Plaintiff:**      Tarek Helou
**Attorney for Defendant:**   Dan Blank

**Deputy Clerk:**  Nichole Heuerman                **Court Reporter**: Katherine Sullivan

**Pretrial Services:** Allen Lew


**PROCEEDINGS**

Trial Setting-Held. Defense counsel updates the court regarding discovery. Defense counsel informs the court that he is going to appeal the Magistrate Judge's detention order. The court informs the parties that they shall meet and confer along with pretrial services and try to resolve the conditions of release.  If the parties can agree that will be satisfactory to the court.  The meet and confer shall take place before the filing of any motion.  If an agreement is reached the parties shall contact the court and the hearing date will be advanced.  If no agreement is reached defense counsel shall file his motion by 8/27/08; opposition shall be filed by 9/3/08; reply shall be filed by 4:00 p.m. on 9/5/08 with a hearing to be noticed for 9/10/08 at 1:30 p.m.  The court will hear the motion on an expedited briefing schedule.  Time is excluded from 8/13/08 to 9/10/08 for effective preparation of counsel.  The government to prepare order regarding exclusion of time.


**CASE CONTINUED TO:**
September 10, 2008 at 1:30 p.m.  for Defendant's Motion to Revoke Detention Order/Trial Setting.

--------------------------------------------------------------------------------------------------------------------
**EXCLUDABLE DELAY:** Category  Begins 8/13/08 Ends 9/10/08
--------------------------------------------------------------------------------------------------------------------


**cc:** chambers; Wendy