1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney

2

3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division

4

5  TAREK J. HELOU (CABN 218225)
   Assistant United States Attorney

6
      450 Golden Gate Avenue, Box 36055
7     San Francisco, California  94102
      Telephone:     (415) 436-7071
8     Facsimile:     (415) 436-7234
      Tarek.J.Helou@usdoj.gov
9

10 Attorneys for Plaintiff

11

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14                      SAN FRANCISCO DIVISION

15

16 UNITED STATES OF AMERICA,          )   CR No. 08-431 PJH
                                      )
17        Plaintiff,                  )   STIPULATION AND [PROPOSED] ORDER
                                      )   EXCLUDING TIME UNDER 18 U.S.C. § 3161
18    v.                              )
                                      )
19 JEREMY CRUZ ESPERANTE,             )
                                      )
20        Defendant.                  )
                                      )
                                      )
21

22       On August 13, 2008, the parties appeared before the Court for a status conference in this

23 case.  At that time, the parties requested, and the Court agreed, to exclude all time under the

24 Speedy Trial Act between August 13, 2008 and September 10, 2008.  The parties represented that

25 the requested continuance was a reasonable amount of time necessary for effective preparation of

26 defense counsel.  18 U.S.C. § 3161(h)(8)(B)(iv).  The parties also agreed that the ends of justice

27 served by granting such a continuance outweighed the best interests of the public and the

28 defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

STIP. & [PROPOSED] ORDER EXCL. TIME
CR 08-431 PJH                                                                                    1

1  The parties also agreed that if the defendant files a motion on August 27, 2008 and the

2  Court hears argument on that motion on September 10, 2008, as contemplated, time should be

3  excluded absent stipulation from August 27, 2008 through the date the Court disposes of the

4  motion.  18 U.S.C. § 3161(h)(1)(F).

5

6  SO STIPULATED:

7
                                        JOSEPH P. RUSSONIELLO
8                                       United States Attorney

9

10  DATED: August 15, 2008            _____/s/_____
                                        TAREK J. HELOU
11                                      Assistant United States Attorney

12

13  DATED: August 15, 2008            _____/s/_____
                                        DANIEL BLANK
14                                      Attorney for Defendant JEREMY CRUZ ESPERANTE

15

16  For the reasons stated above, the Court finds that exclusion of time from August 13, 2008

17  through September 10, 2008 is warranted and that the ends of justice served by the continuance

18  outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §

19  3161(h)(8)(A).  Failure to grant the requested continuance would deny the defendant effective

20  preparation of counsel, and would result in a miscarriage of justice.  18 U.S.C. §

21  3161(h)(8)(B)(iv).

22

23  SO ORDERED.

24

25  DATED:_____          _____
                                        THE HONORABLE PHYLLIS J. HAMILTON
26                                      United States District Judge

27

28

STIP. & [PROPOSED] ORDER EXCL. TIME
CR 08-431 PJH                                                           2