JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

TAREK J. HELOU (CABN 218225)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California  94102
    Telephone:     (415) 436-7071
    Facsimile:     (415) 436-7234
    Tarek.J.Helou@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 08-431 PJH |
|     Plaintiff, | STIPULATION AND [P~~ROPOSE~~D] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161 |
|     v. | |
| JEREMY CRUZ ESPERANTE, | |
|     Defendant. | |

On August 13, 2008, the parties appeared before the Court for a status conference in this case. At that time, the parties requested, and the Court agreed, to exclude all time under the Speedy Trial Act between August 13, 2008 and September 10, 2008. The parties represented that the requested continuance was a reasonable amount of time necessary for effective preparation of defense counsel. 18 U.S.C. § 3161(h)(8)(B)(iv). The parties also agreed that the ends of justice served by granting such a continuance outweighed the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

1  The parties also agreed that if the defendant files a motion on August 27, 2008 and the
2  Court hears argument on that motion on September 10, 2008, as contemplated, time should be
3  excluded absent stipulation from August 27, 2008 through the date the Court disposes of the
4  motion.  18 U.S.C. § 3161(h)(1)(F).

6  SO STIPULATED:

                                    JOSEPH P. RUSSONIELLO
8                                   United States Attorney

10 DATED: August 15, 2008            /s/
                                    TAREK J. HELOU
11                                  Assistant United States Attorney

13 DATED: August 15, 2008            /s/
                                    DANIEL BLANK
14                                  Attorney for Defendant JEREMY CRUZ ESPERANTE

16  For the reasons stated above, the Court finds that exclusion of time from August 13, 2008
17 through September 10, 2008 is warranted and that the ends of justice served by the continuance
18 outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §
19 3161(h)(8)(A).  Failure to grant the requested continuance would deny the defendant effective
20 preparation of counsel, and would result in a miscarriage of justice.  18 U.S.C. §
21 3161(h)(8)(B)(iv).

23 SO ORDERED.

25 DATED:__8/20/08_____             _____
                                    THE HONORABLE PHYLLIS J. HAMILTON
26                                  United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Phyllis J. Hamilton]*

STIP. & [PROPOSED] ORDER EXCL. TIME
CR 08-431 PJH                                                                    2